

1125 Atlantic Avenue
Atlantic City, NJ 08401
Phone: 609.344.3161
Toll Free: 800.529.3161
Fax: 609.344.0939
www.cooperlevenson.com

**RUSSELL L. LICHTENSTEIN**
Also Admitted to PA and NY Bar
Certified by the N.J. Supreme Court as a Civil Trial Attorney
Certified by the National Board of Trial Advocacy as a Civil Trial Advocate
EMAIL: rlichtenstein@cooperlevenson.com

Direct Phone (609) 572-7676
Direct Fax (609) 572-7677

FILE NO. 61123/00008

April 8, 2019

<u>Via Electronic Filing</u>

Honorable Joel Schneider
United States District Court
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
4th & Cooper Streets
Camden, NJ 08101

Re: Byron Breeze, Jr. v. Boardwalk 1000, LLC d/b/a Hard Rock Hotel & Casino Atlantic City
Civil Action No. 1:19-cv-00120 JHR/JS

Dear Judge Schneider:

Please be advised that Plaintiff's counsel and I have reached an agreement in principle to resolve the above-entitled matter. We are in the process of exchanging the appropriate settlement documents at this time.

I would ask that the Court enter a 60-day Order allowing counsel time to complete the process of exchanging and executing all of the appropriate documents necessary to confirm the resolution of this matter.

Thank you for your attention.

Respectfully yours,

Russell L. Lichtenstein

RLL/tlk

cc: Erik M. Bashian, Esquire (*via Electronic Filing*)

CLAC 4897517.1