UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X
BYRON BREEZE, JR.,
*on behalf of himself and all others similarly situated*,
        Plaintiff,

v.

BOARDWALK 1000, LLC,
*a New Jersey limited liability company*,
        Defendant.
-----------------------------------------------------------X

CASE NO.: 1:19-cv-120-JHR-AMD

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

WHEREAS, plaintiff sued defendant alleging that its website violates Title III of the Americans with Disabilities Act because the website is not fully accessible to disabled individuals insofar as, among other things, it is not possible to make an online reservation for an accessible room and its website does not identify the available accommodations at defendant's hotel; and

WHEREAS, defendant is committed to continued compliance with the Americans with Disabilities Act, and it is making the necessary changes to address the alleged issues, and the parties are amicably resolving this litigation on that basis.

**[INTENTIONALLY LEFT BLANK]**
**[SIGNATURE PAGE TO FOLLOW]**

IT IS HEREBY STIPULATED AND AGREED that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: May 28, 2019
~~April~~ *May* 2019

| | |
|---|---|
| BASHIAN & PAPANTONIOU, P.C. | COOPER LEVINSON |
| By: *[signature]* | By: *[signature]* |
| Erik M. Bashian | Russell L. Lichtenstein, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 500 Old Country Road, Suite 302 | 1125 Atlantic Avenue |
| Garden City, New York 11530 | Atlantic City, NJ 08401 |
| (516) 279-1553 | (609) 344-3161 |
| eb@bashpaplaw.com | rlichtenstein@cooperlevenson.com |

SO ORDERED:

*[signature]* Joseph H. Rodriguez
U.S.D.J.

59424v1